UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 01 2025

Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § § | Criminal No.  M-25-30034-M |
| RIGOBERTO PEREZ-MARQUEZ § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about May 01, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RIGOBERTO PEREZ-MARQUEZ**

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*(signature)*

AVERY BENITEZ
ASSISTANT UNITED STATES ATTORNEY